UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| HAIER US APPLIANCE SOLUTIONS, INC. d/b/a/ GE APPLIANCES, successor-in-interest to the Appliances business unit of the GENERAL ELECTRIC COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>APPLIANCE RECYCLING CENTERS OF AMERICA, INC.,<br><br>Defendant. | Case No. 3:17-cv-00242-TBR |

**Defendant ARCA's Motion to Stay Litigation
Pursuant to 9 U.S.C. § 3**

Defendant Appliance Recycling Centers of America, Inc. ("ARCA") appears specially to move, pursuant to 9 U.S.C. § 3, for an order staying this action, brought by Plaintiff Haier US Appliance Solutions, Inc. d/b/a/ GE Appliances ("GEA"), pending completion of the arbitration between ARCA and GEA in Chicago, Illinois pursuant to the arbitration provisions in the following agreements: (1) the Appliance Sales and Recycling Agreement dated October 21, 2009 between ARCA and GEA (the "2009 Agreement"); and (2) the Appliance Recycling Agreement dated June 9, 2016 between ARCA and GEA (the "2016 Agreement").

Although ostensibly brought under the Forbearance and Repayment Agreement dated March 9, 2016 between ARCA and GEA (the "Forbearance Agreement"), GEA's claims "aris[e] from or relat[e] to" the 2009 Agreement, under which the monies sought by GEA in this action were incurred. ARCA challenges the validity of the Forbearance Agreement, a defense to

2

GEA's action which also "aris[es] from or relat[es] to" the 2009 Agreement. ARCA also will defend against GEA's claim under the Forbearance Agreement on the basis that GEA's breaches alleged in the arbitration caused ARCA's nonpayment of amounts owed under the Forbearance Agreement. Moreover, GEA in part seeks the same money in the arbitration that it seeks in this action, thus waiving the right to proceed in litigation.

In the alternative, ARCA seeks a discretionary stay of this action based on judicial and party economy, the danger of inconsistent adjudications, and the substantial prejudice to ARCA of having to proceed in this forum where it cannot assert counterclaims or third-party claims without waiving its right to arbitrate such claims.

The arguments in support of this Motion to Stay are more thoroughly set forth in the memorandum of law filed herewith. A proposed order is also being tendered with this motion.

Dated: May 31, 2017

Respectfully submitted,

STOLL KEENON OGDEN PLLC

*/s/ Christopher E. Schaefer*
Christopher E. Schaefer
2000 PNC Plaza
500 West Jefferson Street
Louisville, KY 40202
Telephone: (502) 333-6000
Facsimile: (502) 627-8790

Mark J. Briol (*pro hac vice* application pending)
William G. Carpenter (*pro hac vice* application pending)
3700 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 756-7777
Facsimile: (612) 337-5151

ATTORNEYS FOR DEFENDANT APPLIANCE RECYCLING CENTERS OF AMERICA, INC.

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing has been served via the Court's electronic filings system this 31st day of May, 2017, upon:

Elizabeth B. Alphin, Esq.
Phillip A. Martin, Esq.
FULTZ MADDOX DICKENS, PLLC
101 S. Fifth Street, 27th Floor
Louisville, KY 40202
*Counsel for Plaintiff*

/s/ *Christopher E. Schaefer*
*Counsel for Defendant Appliance Recycling Centers of America, Inc.*